

**NUMBER 13-14-00258-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE CITY OF ALAMO. TEXAS,**                                                    **Appellant,**

**v.**

**PRO-MEDIC EMS, LLC,**                                                                **Appellee.**

---

**On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.**

---

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

Appellant, The City of Alamo, filed an interlocutory appeal in this cause on May 6, 2014. This cause is before us on appellee's opposed motion to dismiss appeal or alternatively motion to abate or, alternatively, motion for extension of time to file appellee's brief.

The Court, having fully examined and considered appellee's motion and the appellant's response, is of the opinion that, in the interest of justice, appellee's motion to dismiss should be DENIED. Appellee's unopposed motion to abate the appeal is GRANTED. This appeal is ordered abated until November 17, 2014, while the final judgment issue is pending. This appeal will be reinstated upon further order of this Court. Appellee's motion for extension of time to file the brief is, accordingly, DISMISSED AS MOOT.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of October, 2014.